Frank T. Zumwalt, Esq., SBN. 132746
**THE ZUMWALT LAW FIRM, APC.**
1600 G Street, Suite 104
Modesto, California 95354
Telephone No: (209) 577-6100
Facsimile No: (209) 577-1038

*Attorneys for Plaintiff,*
DARRELL SOUZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL SOUZA,<br><br>   *Plaintiff,*<br><br>vs.<br><br>GENERAL STAR IDEMNITY COMPANY,<br><br>   *Defendants.* | **CASE NO.:  1:11-CV-00829-AWI-BAM**<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF TELEPHONIC SCHEDULING CONFERENCE**<br><br>**BARBARA A. MCAULIFFE**<br><br>**U.S. MAGISTRATE JUDGE**<br><br>**Complaint filed: June 16, 2011** |

   The parties to this action hereby stipulate and seek an order to continue the telephonic conference currently set for January 12, 2012.  An underlying criminal action against Mr. Souza involving substantively related issues has yet to be resolved and in order to preserve any right against self-incrimination that Mr. Souza might have under the Fifth Amendment, the parties

///

///

///

210471.1
Page **1** of **2**

**STIPULATION AND REQUEST FOR ORDER FOR CONTINUANCE OF TELEPHONIC SCHEDULING CONFERENCE**

THE ZUMWALT LAW FIRM, APC
1600 G STREET
SUITE 104
MODESTO, CA 95354
T: (209) 577-6100
F: (209) 577-1038

stipulate to and request an order for a six (6) month continuance for the Telephonic Scheduling Conference currently scheduled for January 12, 2012.

SO STIPULATED

Dated: January 9, 2012.                THE ZUMWALT LAW FIRM, APC


_____/s/ Frank T. Zumwalt_____
FRANK T. ZUMWALT, ESQ.,
Attorney for Plaintiff


Dated: January 9, 2012.                BARBANEL & TRUER, P.C.


_____/s/ John R. Lisenbey_____
JOHN R. LISENBERY, ESQ.
Attorney for Defendant

### ORDER

The Court grants the parties request for a continuance of the Scheduling Conference. The Telephonic Scheduling Conference, currently set for January 12, 2012 is continued to July 16, 2012 at 9:00 a.m. in Department 8 before the Honorable Barbara A. McAuliffe.  Additionally, the Court ORDERS Plaintiff to submit a Status Report within 90 days of the date of this Order informing the Court of the status of the above-referenced criminal proceeding, including the dates scheduled for trial.

IT IS SO ORDERED.

Dated:   January 10, 2012                /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

210471.1
Page **2** of **2**

THE ZUMWALT
LAW FIRM, APC
1600 G STREET
SUITE 104
MODESTO, CA 95354
T: (209) 577-6100
F: (209) 577-1038

**STIPULATION AND REQUEST FOR ORDER FOR CONTINUANCE OF TELEPHONIC SCHEDULING CONFERENCE**